UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NECOLLE L. CRYMES,<br><br>                Plaintiff,<br><br>-against-<br><br>STADIUM HOMELESS SHELTER, ET AL.,<br><br>                Defendants. | 25-CV-7832 (LTS)<br><br>ORDER DIRECTING PAYMENT OF FEE OR AMENED IFP APPLICATION |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $405.00 in fees – a $350.00 filing fee plus a $55.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

Plaintiff submitted an IFP application, but her responses do not establish that she is unable to pay the filing fees. First, Plaintiff states that she is self-employed, but she did not answer the question about the amount in income that she generates in connection with her self-employment. (ECF 2 at 1.) Second, Plaintiff checked the boxes marked " Yes" in response to all the questions about other sources of income, including businesses, rent payments, interest, dividends, pensions, gifts or inheritances, and public assistance payments, but she did not provide any information about the amount she has received and expects to receive from those alternate sources of income. (*Id.* at 1-2.) Finally, in response to the questions about how Plaintiff pays her expenses, she wrote, "arm robbery, extorted. Brinks online." (*Id.* at 2.) In short, Plaintiff either did not answer the questions in the IFP application, or she did not answer them in a manner that establishes her inability to pay the fees to bring this action.

Accordingly, within thirty days of the date of this order, Plaintiff must either pay the $405.00 in fees or submit an amended IFP application. If Plaintiff submits the amended IFP application, it should be labeled with docket number 25-CV-7832 (LTS), and address the deficiencies described above by providing facts to establish that she is unable to pay the filing fees. If the Court grants the amended IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   September 23, 2025
             New York, New York

                                                     /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                                     Chief United States District Judge